

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2020

No. 04-19-00785-CV

**IN RE** David Wayne **SPINKS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

On January 8, 2020, this court conditionally granted relator's petition for writ of mandamus. On January 21, 2020, the real party in interest filed a motion for rehearing. After considering the arguments raised by the real party in interest, the motion is hereby DENIED.

It is so **ORDERED** on January 27, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1909C, styled *In the Matter of the Marriage of David Wayne Spinks v. Becky Sue Detimore*, pending in the County Court, Kerr County, Texas, the Honorable Susan Harris presiding.